JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BYUN,<br><br>Plaintiff,<br><br>v.<br><br>LUTRONIC AESTHETICS, INC.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00969-AB-SP<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br><br>Hon. Andre Birotte Jr. |

IT IS HEREBY ORDERED that this case be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l) and based on the parties' stipulation. [Docket #27].

Each party to bear their own fees and costs.

DATED: March 17, 2022    By: _____
United States District Judge